PERRY MEREDITH V. EARL SHARP ET AL.

No. A-4177. Decided June 24, 1953.
(259 S. W. 2d Series 172)

438

*Smead & Barbour* and *H. P. Smead,* of Longview, for petitioner.

*David Moore,* Criminal District Attorney of Gregg County, and Paul J. McClung, Assistant Criminal District Attorney, for respondent.

PER CURIAM:

Under our view petitioner has no interest, financially or otherwise, which would authorize him to maintain this suit. Yett v. Cook, 115 Tex. 205, 281 S. W. 837. The trial court should therefore have dismissed the suit rather than deny the writ, but since the practical effect of the two orders is the same, no purpose would be served in granting the writ to reform the judgment. The application is therefore stamped Refused. No Reversible Error.

Opinion delivered June 24, 1953.